UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:11-cr-11 |
| vs. | ) | |
| | ) | |
| BARNEY DAVIS | ) | MATTICE/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on July 28, 2011, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSAs Chris Poole and Kent Anderson for the USA.
(2) The defendant, Barney Davis.
(3) Attorney John Norton for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Poole asked for the defendant's detention based on the Petition for Action on Conditions of Pretrial Release. The defendant and his counsel reviewed the Petition in open court. The defendant voluntarily surrendered his bond until a further hearing in this case set for Thursday, August 11, 2011, at 2:00 pm. Defendant shall be detained until further order of the Court.

SO ORDERED.

ENTER.

                                          s/William B. Mitchell Carter
                                          UNITED STATES MAGISTRATE JUDGE